

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00001-CR

_____

IN RE:   WELDON BRIDGES

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# M E M O R A N D U M   O P I N I O N

Weldon Bridges has petitioned this Court for mandamus relief. Bridges names as respondents Debra Lee and Candance [sic] Park, court reporters. Bridges complains he has not been supplied a reporter's record from a hearing on a matter currently on appeal to this Court in cause number 06-12-00109-CR.[1]

This Court has limited mandamus jurisdiction; we may issue a writ of mandamus only against a judge of a district or county court in our district. TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). That jurisdiction does not extend to other parties, such as district attorneys or district clerks, unless such mandamus relief would be necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a) (West 2004); *see also In re Washington*, 7 S.W.3d 181, 182–83 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Likewise, this Court does not have mandamus jurisdiction over a court reporter unless necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a); *In re Strickhausen*, 994 S.W.2d 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding).

---

[1]The appeal in cause number 06-12-00109-CR is from the trial court's denial of Bridges' request for DNA testing. *See* TEX. CODE CRIM. PROC. ANN. arts. 64.01, 64.03 (West Supp. 2012). In a previous matter wherein we denied mandamus relief, we apprised Bridges that no reporter's record was generated in this matter. *See In re Bridges*, No. 06-12-00186-CR, 2012 Tex. App. LEXIS 9899 (Tex. App—Texarkana Nov. 29, 2012, orig. proceeding) (mem. op.) (not designated for publication).

We find no circumstances presented which would make writs of mandamus issued against either of the respondents listed by Bridges necessary to enforce our jurisdiction. Lacking jurisdiction, we deny Bridges' requested relief.

Josh R. Morriss, III
Chief Justice

Date Submitted:     January 16, 2013
Date Decided:      January 17, 2013

Do Not Publish

3